**25-00644**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**CV- SECT.MMAG.4**

-----------------------------------------------------------------------------x

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, An Adjudged Incapacitated Person,

                                          Plaintiff(s)

          -against-.                  **VERIFIED COMPLAINT**

Queens Nassau Nursing Home Inc, d/b/a Queens Nassau Rehabilitation and Nursing Center,

                                            Defendant(s)

-----------------------------------------------------------------x

Plaintiff designates The U.S. District Court for the Eastern District of Louisiana as the place of trial. The basis of the venue is the Plaintiff's Home State.

Plaintiff **MR. BRANDON R. DICKERSON**, complaining of the Defendants, by his Court Appointed Curator, Mr. Robert L. Dickerson, respectfully alleges and sets forth as follows:

### FACTS

At all times herein mentioned, the Plaintiff Mr. Brandon R. Dickerson resided at 1013 Manhattan Blvd. Apt 184 Harvey LA 70058-4688

1

At all times herein mentioned, the Plaintiff Mr. Brandon R. Dickerson was adjudged incapacitated by a competent Court of law in the state of Louisiana on October 25th 2022, which now maintains exclusive and continuing jurisdiction over all interdiction proceedings.

At all times herein mentioned, Defendant, QUEENS NASSAU NURSING HOME INC. d/b/a QUEENS NASSAU REHABILITATION AND NURSING CENTER, was a domestic business corporation, duly incorporated and existing under and by virtue of the laws of the state of New York.

At all times herein mentioned, Plaintiff Mr. Brandon R. Dickerson, was a patient of Defendant, Queens Nassau Rehabilitation Nursing Home Inc. d/b/a Queens Nassau Rehabilitation and Nursing Center, was a domestic business corporation, duly incorporated and existing under and by virtue of the laws of the state of New York.

That at all times hereinafter mentioned, Defendant **QUEENS NASSAU REHABILITATION CENTER AND NURSING CENTER**, was and still is a domestic not-for- profit corporation duly existing under and by virtue of the laws of the State of New York, having its principal place of business at 520 Beach 19th Street, Far Rockaway, NY 11691.

That at all times hereinafter mentioned, defendant, **QUEENS NASSAU REHABILITATION CENTER AND NURSING CENTER**, was authorized to do business as a residential health care facility at 520 Beach 19th Street, Far Rockaway, NY 11691.

That at all times hereinafter mentioned, the defendant, **QUEENS NASSAU REHABILITATION CENTER AND NURSING CENTER**, in operating its facility, provided nursing home and health care services to its residents, including

2

the plaintiff-Mr. Brandon R. Dickerson, through its staff, including nurses, nurses' aides, orderlies, doctors and physician assistants.

## FIRST CAUSE OF ACTION: VIOLATIONS OF THE ADA TITLE III

At all times hereinafter mentioned, Defendant, Queens Nassau Nursing Home, Inc. d/b/a Queens Nassau Rehabilitation and Nursing Center, held itself out to the public and specifically to the Plaintiff, as a facility possessing the proper degree of skill and etiquette to adhere to the rule of law in regards to the protection of the rights of patients in their care under the Americans with Disabilities Act (ADA). The defendant failed to do just that.

The Defendant isolated and segregated Plaintiff from family, friends and community by refusing to allow Plaintiff to venture outside of Defendant's facility to interact with his family friends and the community at large

The Defendant created for the Plaintiff what amounts to a "pseudo prison" within its walls.

Plaintiff entered Defendant's facility from his home state of Louisiana on May 20th 2022 with the false promise of a one year aggressive traumatic brain injury rehabilitation program.

When the program terminated on May 20th 2023, Defendant refused to release to him to return to his Home State of Louisiana, notwithstanding Plaintiff's Court appointed Curator presented legal documents to Defendant that Plaintiff was placed in his care a custody as the Court appointed Curator by Louisiana Court Order.

Plaintiff has been detained in Defendant's facility for almost three years and has never venture outside Defendant's facility to interact with his only child, friends and family, keeping Plaintiff hopelessly isolated and segregated within its facility.

The Defendant's treatment of Plaintiff is cruel, inhumane and against the law pursuant to the ADA Title III.

## SECOND CAUSE OF ACTION: FRAUDULENT INDUCEMENT

At all times hereinafter mentioned, Defendant, Queens Nassau Nursing Home, Inc. d/b/a Queens Nassau Rehabilitation and Nursing Center, held itself out to the public and specifically to the Plaintiff, as a facility possessing the proper degree of skill and learning necessary to preform rehabilitation services in accordance with good and accepted rehabilitative practices and that they undertook to use reasonable care and diligence in the treatment of patients.

Defendant's traumatic brain injury rehabilitation program was sparse and practically nonexistent to say the least.

Because Plaintiff made remarkable progress while admitted at the West Jefferson Medical Center in Marrero Louisiana, after sustaining a traumatic brain injury Plaintiff was enrolled in the hospital's acute 30-day rehabilitation program.

Plaintiff participated handily with his therapy with tasks such as standing, walking, getting in and out of bed and wheelchairs with assistance.

To continue Plaintiff's progress momentum with the hope of redeveloping skills that will sustain a manageable quality of life, Plaintiff's doctors recommended that Plaintiff enroll in a long-term rehabilitation program.

Because no such program was readily available in the state of Louisiana Plaintiff through his Court appointed Curator sought out the services of Defendant who purported that they had a long-term successful program available.

However, 20 days after Plaintiff arrived in Defendant's facility, Plaintiff developed sepsis which placed him in North Well Hospital for several weeks.

After returning to Defendant's facility Plaintiff fell ill once again with a massive brain infection due to Defendant's neglect in monitoring Plaintiff's brain shunt which was emphasized to Defendant by Plaintiff's Louisiana attending neurologist.

When asked Defendant about the frequency of rehabilitation therapy defendant failed to give an intelligent answer.

When Plaintiff's Curator inspected Defendant's rehabilitation area it was discovered that typical equipment used for such therapy was practically non-existent.

Defendant failed to preform rehabilitative services as promised within the prescribed one year yielding absolutely no progress in Plaintiff's condition unlike the rehabilitative services Plaintiff received in the state of Louisiana over the course of one month with remarkable results.

Had Plaintiff known that Defendant misrepresented the facts of their rehabilitation program and he would be unlawfully detained in Defendant's facility, Plaintiff would have remained in his Home State of Louisiana and opted for outpatient treatment at West Jefferson Medical Center which would have allowed him to be near his only child.

5

## THIRD CAUSE OF ACTION: DENDANT VIOLATED TITLE IV OF THE ADA

At all times hereinafter mentioned, Defendant, Queens Nassau Nursing Home, Inc. d/b/a Queens Nassau Rehabilitation and Nursing Center, held itself out to the public and specifically to the Plaintiff, as a facility that provides for the disabled the ability to have access to telecommunication devices to enhance their ability to stay connected to family, friends and the community at large.

The Plaintiff suffers from aphasia, a neurological condition caused by a traumatic brain injury.

Aphasia can lead to social isolation as communication difficulties can be frustrating and isolating telecommunications can help individuals maintain social connections such as connecting to Plaintiff's daughter who still resides more than two thousand miles away in the state of Louisiana.

Defendant's behavior in violating the ADA Title IV law is so egregious, they actually blatantly posted a ban on telecommunication devices such as <u>cell phones</u> in the front lobby of their facility for all to see stating: *"**CELLULAR PHONES ARE PROHIBITED "EVERYWHERE" IN THIS BUILDING**"* (EX "C")

Having no access to telecommunications for Plaintiff with his condition violates Plaintiff's rights under the Americans with Disability Act (ADA) Title IV.

The amount of damages sought in this action exceeds the jurisdictional limits of all lower Courts which would otherwise have jurisdiction.

Plaintiff also request punitive damages as to be determined by this Court.

WHEREFORE, Plaintiff demands judgment against Defendant in the first through third Causes of action in such sum as a jury would deem fair, adequate and just.

Mr. Robert L. Dickerson, Court appointed Curator for Plaintiff.

By /s/ *[signature]*

Mr. Robert L. Dickerson

29 Seymour La. Medford New York 11763

347 530 5466


To: Queens Nassau Nursing Home Inc. d/b/a Queens Nassau Rehabilitation Center

520 Beach 19th Street Far Rockaway New York 11691

## CURATOR / PLAINTIFF VERTIFICATION

## STATE OF NEW YORK COUNTY OF SUFFOLK

**MR. ROBERT L DICKERSON**, being duly sworn deposes and says: I am the Court appointed Curator of Mr. Brandon R. Dickerson in the action herein: I have read the annexed Complaint and know the contents thereof, and the same are true to the best of my knowledge,

Sworn to before me on this _____2_____ day of April 2025

*[signature]*

*[Notary stamp:]*
THOMAS O KELLY
Notary Public - State of New York
NO. 01KE6094857
Qualified in Suffolk County
My Commission Expires Jun 30, 2027

**Cederick Favaroth**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Wednesday, April 2, 2025 3:12 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | SUMMONS AND COMPLT.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Wednesday, April 2, 2025 - 15:12.

The information for this submission is:

**Filer's Name:** Mr Robert L Dickerson

**Filer's Email:** roblawdickerson@gmail.com

**Filer's Mailing Address:** 29 Seymour La Medford NY 11763

**Filer's Phone Number:** 347-530-5466

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):** Mr. Brandon R Dickerson v. Queens Nassau Nursing Home Inc.

**Submitted Document Description:** Summons/Complaint