# EXHBIT "A"

# Court Order of Interdiction and Curator Appointment

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 826-351

FILED FOR RECORD 10/28/2022 13:22:59
Cathe M. Burst DY CLERK
JEFFERSON PARISH LA

DIVISION "G"

IN RE: THE INTERDICTION OF BRANDON DICKERSON

FILED: _____     _____
                                    DEPUTY CLERK

### JUDGMENT OF FULL INTERDICTION

On October 5, 2022 and October 21, 2022, this matter came before the Court for a hearing on a *Petition for Interdiction*, filed by the petitioners, Geneva Dickerson and Jennifer Herring, and against the defendant, Brandon Dickerson. On April 15, 2022, the intervenor, Robert L. Dickerson, filed a *Petition for Intervention*, seeking to intervene in the proceedings. Following the hearing, the Court took the matter under advisement.

Accordingly, when after having considered the pleadings filed, the law, stipulations, evidence and argument of counsel:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Judgment of Full Interdiction, be and is hereby GRANTED, on the basis that BRANDON DICKERSON, a person thirty-one (31) years of age and domiciled in Jefferson Parish, Louisiana, due to an infirmity, is unable to consistently make reasoned decisions regarding the care of his person and property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Intervenor, ROBERT L. DICKERSON, be and is hereby appointed as Curator of the Person and Property of the Interdict, BRANDON DICKERSON, and that Letters of Curatorship be issued to him upon his compliance with the requisites of law. The powers of the Curator *shall* commence only upon his qualifying and taking an oath as such, which qualifications *shall* be evidenced by the Clerk of Court's issuance of Letters of Curatorship.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to its authority under La.C.C.P.art. 4563 *and* La.C.C.P.art. 4131(B), this Court does hereby dispense with the requirement that ROBERT L. DICKERSON furnish security.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that GENEVA DICKERSON, be and is hereby appointed as Undercuratrix of the Person and Property of the

1

Interdict, BRANDON DICKERSON. The powers of the Undercuratrix *shall* commence only upon her qualifying and taking an oath as required by law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Elaine Appleberry, court-appointed attorney for the defendant, BRANDON DICKERSON, be and is hereby relieved of any further duties as appointed attorney for the defendant, BRANDON DICKERSON, in this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of Court release to Elaine Appleberry, court-appointed attorney for the defendant, BRANDON DICKERSON, the fee on deposit in the Court registry, in the amount of $600.00.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of Court *shall* record a copy of this *Judgment of Full Interdiction* in the Conveyance and Mortgage Records of Jefferson Parish.

JUDGMENT READ, RENDERED AND SIGNED on this 25th day of October, 2022 at Gretna, Louisiana.

E. ADRIAN ADAMS
DISTRICT JUDGE

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
Michell Brun
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

[SERVICE COPY] / [RETURN COPY]

(315) LETTER OF CURATORSHIP;  221102-9572-6

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**
**P.O. BOX 10**
**GRETNA, LA 70054**

FILED
NOV 02 2022
/s/ Garland
DEPUTY CLERK

Case: 826-351   Div: "G"
P 3 ROBERT L. DICKERSON   635

IN RE: THE INTERDICTION OF
BRANDON DICKERSON

PARISH OF JEFFERSON

This shall certify to all whom it shall concern, that on the 25th day of October, 2022, an application was made to the Honorable Judges of the 24th Judicial District Court for the Parish of Jefferson, by ROBERT L. DICKERSON praying that HE might be appointed CURATOR.

NOW KNOW YE, that ROBERT L. DICKERSON has been, and HE is hereby appointed CURATOR to the said BRANDON DICKERSON and that ROBERT L. DICKERSON has fulfilled all the REQUISITES OF THE LAW.

Witness our hand and seal this 2nd day of November, 2022.

/s/ Kim B Garland
Kim B Garland, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
/s/ Michelle Pue
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

From: Mr. Robert L. Dickerson, Father and Court Appointed Guardian
for Brandon R. Dickerson
29 Seymour Lane, Medford New York 11763
Phone: 347-530-5466. Email: roblawdickerson@gmail.com

To: The Supreme Court, State of New York, County of Suffolk

Att: Clerk's Office

# AFFIRMATION

In Re: Judgment of Interdiction and Guardianship of Brandon R. Dickerson

June 16, 2023

I, Mr. Robert L. Dickerson, hereby affirm under penalty of perjury that the Judgment of Interdiction and Curator/Guardianship entered on October 25th, 2022 under index number 826-351 in the 24th District Court, Parish of Jefferson, State of Louisiana, **was entered as a result of a Judgment on the merits and not on default.**

I further affirm that a letter of intent to register this judgment in the State of New York was filed with the County Clerk of the State of Louisiana.

Sworn to on this 26th of June, 2023

County/City of Suffolk
Commonwealth/State of New York
The foregoing instrument was acknowledged
before me this 26th day of June,
2023, by
Robert L Dickerson
(name of person securing acknowledgement)
Notary Public
My Commission Expires: 9-12-26

SABRINA M SAUERWALD
Notary Public - State of New York
NO. 01SA6440624
Qualified in Suffolk County
My Commission Expires Sep 12, 2026

_____
Mr. Robert L. Dickerson

1 of 1

3

From:   Mr. Robert L. Dickerson, Father and Court Appointed Guardian

        for Brandon R. Dickerson
        29 Seymour Lane, Medford New York 11763
        Phone: 347-530-5466.  Email: roblawdickerson@gmail.com

To:     The 24th District Court, Parish of Jefferson, State of Louisiana
        200 Derbigny St., Suite 2400, Gretna LA 70053

Att:    Clerk's Office Case number 826-351

**Subject: Guardianship Registration**

**IN RE: INTERDICTION OF BRANDON R. DICKERSON**

## LETTER OF INTENT TO REGISTER GUARDIANSHIP JUDGMENT

**PLEASE TAKE NOTICE** that the undersigned intends to register the guardianship judgment dated October 25th 2022, and June 1st, 2023, in the above-captioned proceeding in the State of New York by filing as a foreign judgment in a court within the State of New York certified copies of the judgment and letters of guardianship, and an exemplified copy of the judgment, pursuant to New York Mental Hygiene Law Article 83 and New York Civil Practice Law and Rules Article 54.

I am requesting that this letter be filed into the Court record.

Thank You.

Dated Medford New York
June 16th, 2023

*[signature]*

Mr. Robert L. Dickerson

2