# Exhibit "B"

# PHOTO OF SIGN PROHIBITING TELECOMMUNICATION DEVICES

CELLULAR PHONES ARE
PROHIBITED EVERYWHERE
IN THIS BUILDING

CELLULAR PHONES ARE
PROHIBITED EVERYWHERE
IN THIS BUILDING
Share your experience!
Queens Nassau
Feeling sick?
STOP
HOW TO PROPERLY WEAR A MASK
UP
DN

9:09
(no subject) Inbox
robert dickerson 9:08 PM
to Shanelldickerson
PHI
Nenad
Print Wristband
D: 1065
ADT Info
Contacts
Demogr
PHI Restriction Alert
2/9/23: Court order NEW TEMPORARY GUARDIAN
Abraham Mazloumi 646-281-5040 E MAIL Abraham@mazloumi.com
ALL MEDICAL AND PERSONAL AFFAIRS/CONSENTS/ETC GO THROUGH HIM
THE FAMILY HAVE NO DECISION MAKING CAPABILITIES
*** CT SCAN DISK 2/10 IS IN HIS CHART
OK
sultation with Dr. Konda on 3/24/2023 at 8:30 A.M. at Jamaica
cation) to right Hip
T CONTRAST (CT 3378) One-Time
NTRAST (CT-3350) One-Time
ONTRAST (CT-3389) One-Time
Reply
Forward