# Exhibit "C"

List of Multiple Lawsuits Against Defendant Inclusive of causes of action for "Malpractice" and "Wrongful Death"



# WebCivil Supreme - Case Search Results

4 Case(s) Match Your Search.    **Page 1 of 1 pages**
[New Search]  [Edit Search]

Please click the number in the first column or the index number to view case details.

| | Court | Year Filed | Index Number | Case Status | Plaintiff/Petitioner | First Plaintiff Firm | Defendant/Respondent | First Defendant Firm | Appearance Date | Justice | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Queens Supreme Court | 2023 | 725660/2022 | Active | MANUEL ALVES, AS TEMPORARY GUARDIAN OF THE PERSON AND PROPERTY OF JILL ALLISON MOLDEN A/K/A JILL A. MOLDEN | | QUEENS NASSAU NURSING HOME INC. D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER et al | CAITLIN ROBIN AND ASSOCIATES PLLC | 05/21/2025 | Catapano-Fox, Hon. Tracy A. | M |
| 2 | Queens Supreme Court | 2024 | 716041/2023 | Active | Munster, Elizabeth et al | LEVINE & GROSSMAN | Forest Manor Care Center, Inc. et al | Forest Manor Care Center, Inc. | 09/08/2025 | Catapano-Fox, Hon. Tracy A. | M |
| 3 | Queens Supreme Court | 2024 | 717301/2023 | Active | BONNE-ANNEE, PROSPER et al | DUFFY & DUFFY, PLLC | QUEENS-NASSAU NURSING HOME, INC d/b/a QUEENS NASSAU REHABILITATION CENTER AND NURSING CENTER | CAITLIN ROBIN AND ASSOCIATES PLLC | 05/02/2025 | Compliance Conf Judge, | |
| 4 | Queens Supreme Court | 2024 | 722282/2023 | Active | WILLIAMS, SHAWNA | KELLY & GROSSMAN, LLP | QUEENS NASSAU NURSING HOME, INC | CAITLIN ROBIN AND ASSOCIATES PLLC | 04/11/2025 | Compliance Conf Judge, | |

[New Search]  [Edit Search]