IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**25-00644**
CV-
**SECT.MMAG.4**

-------------------------------------------------------------------------x

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, An Adjudged Incapacitated Person,

                                      Plaintiff(s)

            -against-.

Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center Inc.,

                                      Defendant(s)

-------------------------------------------------------------------------x

## EMERGENCY MOTION TO DEMAND DEFENDANT IMMEDIATELY RELEASE PLAINTIFF, AN ADJUDGED INCAPACITATED PERSON, TO THE CUSTODY OF HIS COURT APPOINTED CURATOR

Upon the affidavit / affirmation of Mr. Robert L. Dickerson sworn to on April 2nd 2025 and upon the complaint hereto annexed, **it is ORDERED,** that the above named defendant(s) show cause before this Court, at Court room _____, United States Courthouse, **500 Poydras Street, New Orleans, LA 70130,** on _____, 2025 at_____thereof, **or** as soon thereafter as counsel may be heard, why an Order should not be issued enjoining the defendant(s) during the pendency of this action from releasing Plaintiff Brandon D., an adjudged incapacitated person, from the defendant's facility known as Queens Nassau Nursing Home d/b/a Queens Nassau Rehabilitation Center, located

1

Rehabilitation Center, located in Queens County New York, into the custody of his Court appointed Curator, Mr. Robert L. Dickerson, to return Plaintiff back to his Home State of Louisiana and because of serious ADA violations committed against Plaintiff pursuant to the ADA Title lll, and ADA Title IV pending this action. It is further **ORDERED** that, sufficient reason having been shown therefore, pending the hearing of Plaintiff's application for emergency relief, defendant(s) are restrained and enjoined from restricting medical and healthcare information from Plaintiff's Court appointed Curator, and it is further **ORDERED** that defendant(s) SHALL release Plaintiff from defendant's Nursing Home facility into the custody of Plaintiff's Court appointed Curator, Mr. Robert L. Dickerson, forthwith, pending the hearing in this Matter; it is further **ORDERED** that personal service of a copy of this order and annexed affidavit upon the defendant(s) or his counsel on or before_____on_____, 2025 shall be deemed good and sufficient service thereof.

Dated:_____, 2025
    New Orleans LA

_____
United States District Judge

2

**Cederick Favaroth**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Wednesday, April 2, 2025 3:08 PM |
| **To:** | LAEDml_Pro Se |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | EMERGENCY MOTION .pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Wednesday, April 2, 2025 - 15:07.

The information for this submission is:

**Filer's Name:** Mr Robert L Dickerson

**Filer's Email:** roblawdickerson@gmail.com

**Filer's Mailing Address:** 29 Seymour la Medford NY 11763

**Filer's Phone Number:** 3475305466

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):** Mr Brandon R. Dickerson v. Queens Nassau Nursing Home Inc.

**Submitted Document Description:** EMERGENCY MOTION

1