UNITED STATES DISTRICT COURT    CV- **25-00644**

FOR THE EASTERN DISTRICT OF LOUISIANA    **SECT.MMAG.4**

-------------------------------------------------------x

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, An Adjudged Incapacitated Person,

                                            Plaintiff(s)

      -against-.                      **EMERGENCY MOTION AFFIDAVIT**

Queens Nassau Nursing Home, d/b/a Queens Nassau Rehabilitation and Nursing Center Inc.,

                                            Defendant(s)

-------------------------------------------------------x

I, Mr. Robert L. Dickerson, am the Court appointed Curator and the father of Mr. Brandon R. Dickerson, the Plaintiff in this Matter, hereby affirm under penalty of perjury the following:

I am requesting the immediate release of my son Brandon D. from defendant's nursing home facility in Queens County New York to avoid further irreparable harm to Brandon due to violations of the Americans with Disability Act (ADA) Title III for forced Isolation and Segregation and the denial of Telecommunications use in violation of Title IV of the ADA.

My son Brandon has been a resident of the state of Louisiana for more than ten years. He was employed as a subcontractor for the U.S. Department of the Interior

3

and resided in Harvey LA, Jefferson Parish, with his now seven year old daughter Harmony.

Because the state of Louisiana has appointed me as Brandon's Curator Justice E. Adrian Adams of the 24th District Court has exclusive and continuing jurisdiction over Brandon's interdiction matters.

*"Except as otherwise provided in R.S. 13:4251.204, a court that has appointed a guardian or issued a protective order consistent with this Chapter has "exclusive and continuing jurisdiction over the proceeding" until it is terminated by the court or the appointment or order expires by its own terms"*

On the evening of March 10th 2022, my son Brandon was stricken with a ruptured brain aneurism causing massive brain damage. He was just 31 years old when this occurred.

On or about October 25th 2022, my son Brandon was adjudicated as an incapacitated person and I was appointed as Brandon's Curator by Justice E. Adrian Adams of the 24th District Court Parish of Jefferson state of Louisiana.

Brandon is a neurological disabled 34-year-old male diagnosed with aphasia with paralysis to his right side with an inability to walk or talk.
Brandon's condition is a result of traumatic brain injury caused by a ruptured brain aneurism which makes him extremely vulnerable to abuse and neglect.

On May 20 2022 My son Brandon was brought to defendant's nursing home facility in New York State for a one year traumatic brain injury therapeutic treatment program only. He had absolutely no intentions to reside and remain at the Queens Nassau Nursing Home long term.

4

Upon the completion of my son's one year therapeutic plan on May 20 2023 Defendants refused to discharge him to return him back to his Home State of Louisiana stating they do not recognize my authority and Court Order as my son's Curator because in their words *"**Louisiana is a backward state and don't know what they're doing**"*

Defendant(s) actions further threatens and continues to impose a significant risk to my son's physical and mental health by forcing him into isolation and segregation within the defendant's nursing home, away from Plaintiff's family, friends and community in violation of the ADA Title III.

I respectfully request that this Court Order defendants to release my son Brandon from their nursing home facility into my care and custody as Brandon's Court appointed Curator forthwith, to prepare for Brandon's ultimate return to his Home state of Louisiana and for fear that defendant has placed my son Brandon in harm's way with their multiple violations of the ADA Title lll and ADA Title lV.

This Court's intervention in this Matter is imperative as it will allow for the removal of Brandon from a segregated and isolated environment to place him out of harm's way into community family based living conditions until Brandon can eventually transition back home to Louisiana to be reunited with his daughter.

Defendant's behavior in violating the ADA Title IV law is so egregious, they actually blatantly posted a ban on telecommunication devices such as <u>cell phones</u> in the front lobby of their facility for all to see stating: ***"CELLULAR PHONES ARE PROHIBITED "EVERYWHERE" IN THIS BUILDING"*** (EX "B")

5

Defendants also conspired to remove all decision-making authority from Brandon's Curator and family members by posting an alert to their employees on their internal website not to communicate with Brandon's family in an effort to further isolate my son. (see Ex. "8")

Defendant(s) now continues to violate my son's Civil Rights under the ADA Title IV by denying him access to telecommunications, the only source available to him to communicate with his now seven year-old daughter who still remains in the state of Louisiana and whom he has not seen since he arrived in New York State three years ago.

Immediate action must be taken to remove the threat of further irreparable harm to my son Brandon which is damaging his physical and mental health. This Honorable Court must grant this petition to allow Brandon's Curator to remove my son out of harm's way by placing him in a de-segregated environment, close to family friends and community, pending this action and in compliance with the ADA Title III and ADA Title IV and his ultimate return to his home State of Louisiana.

Defendants are currently being sued in the state of New York by multiple Plaintiffs for a variety of causes of action including "wrongful death" "malpractice" and statue violations. (See Ex. "C").

Defendant's egregious and unlawful conduct is forcing Brandon who is an adjudged interdict, to remain segregated, isolated and without the benefit of

6

telecommunications within defendant's nursing home which violates his rights under the ADA.

I reiterate, that immediate action must be taken by this Court to remove the threat of further irreparable harm to my son which is damaging his physical and mental health. This Honorable Court must grant this petition to allow me to remove Brandon out of harm's way by placing him in a de-segregated environment, close to family friends and community, pending this action and in compliance with the ADA Title III and ADA Title IV and the ultimate return to Brandon's Home State of Louisiana to be reunited with his 7 year old daughter Harmony.

WHEREFORE, I pray that this Honorable Court grant this emergency petition to remove my son from harm's way.

Sworn to on this __2nd__ of April 2025

MELISSA J FIORILLO
Notary Public - State of New York
NO. 01FI6302028
Qualified in Suffolk County
My Commission Expires Oct 25, 2026

STATE OF New York
COUNTY OF Suffolk

Sworn to (or affirmed) and subscribed before me this 2nd day of April 2025
by _____
Notary Public's Signature   Melissa Fiorillo
                            Notary Name
My Commission Expires 10/25/2026

_____
Mr. Ronzo L. Dickerson

7