IN THE UNITED STATES DISTRICT COURT    CV-2025-00644

FOR THE EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------------------x

---

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, An Adjudged Incapacitated Person,

                              Plaintiff(s)

            -against-.

Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center Inc.,

                              Defendant(s)

-----------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

I, Mrs. Lakeya S. Dickerson, am not a party to this action, am over the age of 18 years and reside in Suffolk County New York.

I affirm under penalty of perjury that I did serve the NYS Dept. of State a true copy of the Plaintiff's Summons and Complaint.

Service was performed on April 11th 2025 at 4:26 PM via U.S. Postal Certified Mail to the NYS Department of State located at One Commerce Plaza 99 Washington Ave. Albany New York 12231.

Sworn to on this _____12_____ day of April 2025

Came before me Ms. Lakeya S. Dickerson

NICOLE M ZUCARO
Notary Public - State of New York
NO. 01ZU6375309
Qualified in Suffolk County
My Commission Expires May 14, 2026

Nicole M Zucaro

4/12/25

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Mr. Robert I. Dickerson, As Curator on behalf of Mr. Brandon R. Dickerson, an adjudicated Incapacitated Person,

*Plaintiff(s)*

v.   Civil Action No.

Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Queens Nassau Nursing Home Inc. d/b/a Queens Nassau Rehabilitation and Nursing Center 520 Beach 19th Street Far Rockaway New York 11691

New York State Dept. of State One Commerce Plaza 99 Washington Ave. Albany N.Y. 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Robert L. Dickerson, Court Appointed Curator
29 Seymour La.
Medford New York 11763

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Apr 04 2025

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MR. Rober L. Dickerson Et al,

was received by me on *(date)* April 10th 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: SERVED BY US MAIL SERVICE TO NYS Dept of State ALBANY NY 12231.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0  0.00

I declare under penalty of perjury that this information is true.

Date: 04/11/2025

STATE OF New York
COUNTY OF Suffolk

Server's signature

MRS. LAKEVA S. DICKERSON
Printed name and title

Sworn to (or affirmed) and subscribed before me this 11th day of April, 20 25.
by _____ Melissa Fiorillo

Notary Public's Signature       Notary Name
My Commission Expires 10/25/2026

29 School La Medford NY 11763
Server's address

Additional information regarding attempted service, etc: Service by mail to the NYS Dept. of State was served a true copy of the summons + complaint at One Commerce Plaza 90 Washington Ave Albany NY 12231 via US Postal Mail.

MELISSA J FIORILLO
Notary Public - State of New York
NO. 01FI6302028
Qualified in Suffolk County
My Commission Expires Oct 25, 2026

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 12, 2025 12:23 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | NYS AFFIDAVIT .pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 12, 2025 - 12:22.

The information for this submission is:

**Filer's Name:** Robert L Dickerson

**Filer's Email:** roblawdickerson@gmail.com

**Filer's Mailing Address:** 29 Seymour La Medford NY 11863

**Filer's Phone Number:** 347-530-6466

**Filer's Case Number (If Known):** 25-644

**Filer's Case Name (If Known):** Robert L Dickerson et al

**Submitted Document Description:** AFFIDAVIT FOR NYS DEPT OF STATE

1