Case 2:25-cv-00644-BWA-KWR   Document 7   Filed 05/02/25   Page 1 of 7

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   May 2 2025
CAROL L. MICHEL
CLERK
cf                                EDSS

| UNITED STATES DISTRICT COURT | CV-25-00644 |
|---|---|

**EASTERN DISTRICT OF LOUISIANA**

-----------------------------------------------------------x

## LETTER TO THE COURT

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, An Adjudged Incapacitated Person,

                                          Plaintiff(s)

                                  -against-.

Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center,

                                          Defendant(s)

-----------------------------------------------------------x

May 1st 2025

Dear Justice Ashe:

On April 4th, 2025, I filed an Emergency Motion and affidavit requesting this Court to Order the defendant's immediate release of my son, Mr. Brandon R. Dickerson, who is an adjudged incapacitated person, into my care and custody as his Court appointed Curator.

On April 7th 2025, the Court issued an Order for the defendant to respond to the Motion within ten (10) days of service of the Order and complaint.

On April 10th 2025, defendant was personally served at their usual place of business at 520 Beach 19th street Far Rockaway New York making their response returnable no later than April 21st 2025.

1

As of May 1st 2025, defendant has not responded to this Court's Order and is now in default. Additionally, the defendant was personally served with the Summons and Complaint in this Matter on April 10th 2025 and as of May 1st 2025 have failed to answer within the mandated 21 days.

The defendant(s) continues to display contempt of any Court authority within the state of Louisiana as they have previously done so by ignoring Court Orders of Interdiction by Justice E. Adrian Adams of the 24th District Court, Parish of Jefferson concerning the best interest of Brandon.

WHEREFORE, I am requesting that this Court:
1. Grant the relief I have requested in the Emergency Motion.
2. Allow me to file a Motion for Default Judgment against the defendant for failing to answer the Summons and Complaint.

Thank you.

*Mr. Robert L. Dickerson* (signature)

Mr. Robert L. Dickerson
29 Seymour Lane
Medford New York 11763
roblawdickerson@gmail.com
347-530-5466

Cc: Queens Nassau Nursing Home Inc. d/b/a Queens Nassau Rehabilitation & Nursing Center, Defendant. 520 Beach 19th Street, Far Rockaway New York 11961.

IN THE UNITED STATES DISTRICT COURT          CV-2025-00644

FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------------x

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, An Adjudged Incapacitated Person,

                              Plaintiff(s)

      -against-.

Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center Inc.,

                              Defendant(s)

------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Mrs. Lakeya S. Dickerson, am not a party to this action, am over the age of 18 years and reside in Suffolk County New York.

I affirm under penalty of perjury that I did serve the above-named Defendant(s) a true copy of the ORDER, from Justice Barry W. Ashe, the Plaintiff's Emergency Motion and Plaintiff's Summons and Complaint.

Service was preformed on April 10th 2025 at 12:10 PM at the defendant's place of business located at 520 Beach 19th Street Far Rockaway New York 11961 on Ms. Kerry Kingland, the social worker of the facility whose description is white female 5'5 130lbs approximately 45 years of age.

Sworn to on this _____12_____ day of April 2025

Came before me Ms. Lakeya S. Dickerson

NICOLE M ZUCARO
Notary Public - State of New York
NO. 01ZU6375309
Qualified in Suffolk County
My Commission Expires May 14, 2026

Nicole M Zucaro
4/12/25

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Mr. Robert I. Dickerson, As Curator on behalf of Mr. Brandon R. Dickerson, an adjudicated Incapacitated Person,

*Plaintiff(s)*

v.

Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center,

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Queens Nassau Nursing Home Inc. d/b/a Queens Nassau Rehabilitation and Nursing Center 520 Beach 19th Street Far Rockaway New York 11691

New York State Dept. of State One Commerce Plaza 99 Washington Ave. Albany N.Y. 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mr. Robert L. Dickerson, Court Appointed Curator
29 Seymour La.
Medford New York 11763

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 04 2025

Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

Case 2:25-cv-00644-BWA-KWR   Document 7   Filed 05/02/25   Page 5 of 7
Case 2:25-cv-00644-BWA-KWR   Document 6   Filed 04/12/25   Page 3 of 4
Case 2:25-cv-00644-BWA-KWR   Document 2   Filed 04/04/25   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MR. Robert L. Dickerson, ET aL,

was received by me on *(date)* April 10th 2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* SERVED BY US MAIL SERVICE TO NYS DEPT of STATE ALBANY NY 12231.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/11/2025

Server's signature

STATE OF New York
COUNTY OF Suffolk

MRS. LAKEYA S. DICKERSON
Printed name and title

Sworn to (or affirmed) and subscribed before me
this 11th day of April 20 25.
by _____ Melissa Fiorillo

Notary Public's Signature    Notary Name
My Commission Expires 10/25/2026

29 School La MEDFORD NY 11763
Server's address

Additional information regarding attempted service, etc: SERVICE BY MAIL TO
THE NYS DEPT. of STATE WAS SERVED A TRUE COPY of
THE SUMMONS + COMPLAINT AT ONE COMMERCE PLAZA 99 WASHINGTON AVE
ALBANY NY 12231 VIA US POSTAL MAIL.

MELISSA J FIORILLO
Notary Public - State of New York
NO. 01FI6302028
Qualified in Suffolk County
My Commission Expires Oct 25, 2026

## eFile-ProSe

**From:** Do Not Reply <do_not_reply@laed.uscourts.gov>
**Sent:** Saturday, April 12, 2025 12:26 PM
**To:** eFile-ProSe
**Subject:** New EDSS Filing Submitted
**Attachments:** QUEENS NASSAU AFFIDAVIT OF SERVICE .pdf

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 12, 2025 - 12:26.

The information for this submission is:

**Filer's Name:** Robert L Dickerson

**Filer's Email:** roblawdickerson@gmail.com

**Filer's Mailing Address:** 29 Seymour La. Medford NY 11763

**Filer's Phone Number:** 347-630-5466

**Filer's Case Number (If Known):** 25-644

**Filer's Case Name (If Known):** Robert L Dickerson

**Submitted Document Description:** DEFENDANT AFFIDAVIT OF SERVICE

1

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, May 2, 2025 3:13 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | LETTER TO THE COURT .pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, May 2, 2025 - 03:12.

The information for this submission is:

**Filer's Name:** Robert L Dickerson

**Filer's Email:** roblawdickerson@gmail.com

**Filer's Mailing Address:** 29 Seymour La. Medford NY 11763

**Filer's Phone Number:** 347-530-5466

**Filer's Case Number (If Known):** 25-644

**Filer's Case Name (If Known):** Robert L Dickerson as Curator for Brandon R Dickerson

**Submitted Document Description:** Letter to the Court

1