UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT L. DICKERSON, *et al.* | CIVIL ACTION |
| VERSUS | NO. 25-644 |
| QUEENS NASSAU NURSING HOME INC. d/b/a QUEENS NASSAU REHABILITATION AND NURSING CENTER | SECTION M (4) |

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

Upon review of the complaint and the record, the Court questions whether it has personal and subject-matter jurisdiction in this case, whether service of process was properly made on the defendant, and whether the purported claims are viable. In view of these questions,

IT IS ORDERED that, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73, the captioned matter is REFERRED to the United States Magistrate Judge for hearing, including evidentiary hearing if necessary, and submission of a Report and Recommendation on the issues of whether the Court has personal and subject-matter jurisdiction in this case, whether service of process on the defendant was proper, and whether the claims asserted in the complaint are frivolous, malicious, fail to state a claim upon which relief may be granted, or should have been brought in another venue.[1]

New Orleans, Louisiana, this 9th day of May, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] The pending motion for entry of default (R. Doc. 8) is DISMISSED WITHOUT PREJUDICE to refiling if and when jurisdiction is established.