AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, an Incapactiated Person )<br>*Plaintiff* )<br>v. )<br>Queens Nassau Nursing Home Inc. )<br>*Defendant* ) | Case No. | 2:25-cv-00644-BWA-KWR |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Queens Nassau Nursing Home Inc, d/b/a Queens Nassau Rehabilitation and Nursing Center.

Date:   05/13/2025

/s/ Grant T. Herrin
*Attorney's signature*

Grant T. Herrin, LABN 35169
*Printed name and bar number*

Quintairos, Prieto, Wood & Boyer, P.A.
Two Lakeview
3850 North Causeway Blvd.
Suite 630, Metairie, LA 70002
*Address*

grant.herrin@qpwblaw.com
*E-mail address*

(504) 527-5055
*Telephone number*

(504) 527-5056
*FAX number*