## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MR. ROBERT L. DICKERSON, AS CURATOR ON BEHALF OF MR. BRANDON R. DICKERSON, AN ADJUDICATED INCAPACITATED PERSON,<br><br>    Plaintiff,<br><br>v.<br><br>QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER,<br><br>    Defendants. | CIVIL FILE NO. 2:25-CV-00644<br>SECTION "M"<br><br>DISTRICT JUDGE:<br>BARRY W. ASHE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |

### AMENDED EX PARTE MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND

**COMES NOW**, Defendant, QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER, through undersigned counsel, who in response to this Court's Emergency Order [R. Doc. 4], Plaintiff's motion for entry of default [R. Doc. 8], and Plaintiff's amended motion for entry of default [R. Doc. 12], represents as follows:

Undersigned counsel was just retained as of May 13, 2025 . Given the need for counsel to become apprised of the facts and merits of this matter, as well as to consult with representatives of Defendant, just cause exists for an extension of time for Defendant to answer Plaintiff's Complaint [R. Doc. 1] and Emergency Motion [R. Doc. 4].

Pursuant to Local Rule 7.8:

> Upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion and order, the court must allow one extension for a period of 21 days from the time the pleading would otherwise be due. Further extensions will not be granted by stipulation, but only upon motion and order of the court for good cause shown.

Said certification follows. Accordingly, the instant motion is proper and ought to be granted by this Honorable Court pursuant to Local Rule 7.8

**WHEREFORE**, Plaintiff prays that an order be entered granting Defendant **twenty-one (21) days** or until **June 4, 2025**, to respond to Plaintiff's Complaint [R. Doc. 1], Emergency Motion [R. Doc. 4], and any other matter currently pending before this Honorable Court to which an answer or response is required of Defendant.

Respectfully submitted on **May 14, 2025**.

Respectfully submitted:

**QUINTAIROS, PRIETO, WOOD, & BOYER, P.A.**

**/s/ Grant T. Herrin**
Brain W, Harrell (La. #28439)
Grant T. Herrin (La. #35169)
Two Lakeview
3850 N. Causeway Blvd., Ste. 360
Metairie, Louisiana 70002
Telephone: 504-527-5055
Fax: 504-527-5056
brian.harrell@qpwblaw.com
grant.herrin@qpwblaw.com
*Counsel for Defendant*

## CERTIFICATION PER LOCAL RULE 7.8

As undersigned counsel for Defendant/Movant, I certify that no previous extension of time to plead has been requested in this matter.

I further certify that Plaintiff has not filed into the record an objection to an extension of time for Defendant to plead.

Baton Rouge, Louisiana, this the **14th** day of **May 2025**.

**/s/ Grant T. Herrin**

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on opposing counsel and all unrepresented parties by filing through the Court's CM/ECF system or as designated below, which will send electronic notice to all counsel of record.

| **Robert L. Dickerson**<br>29 Seymour Lane<br>Medford, NY 11763<br>347-530-5466<br>roblawdickerson@gmail.com<br>*Pro Se Plaintiff* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ UPS/FedEx<br>X Electronically (email)<br>☐ Hand-delivery |
|---|---|

Baton Rouge, Louisiana, this the **14th** day of **May 2025**.

**/s/ Grant T. Herrin**