UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT L. DICKERSON | CIVIL ACTION |
| VERSUS | NO: 25-644 |
| QUEENS NASSAU NURSING HOME INC. | SECTION: M (4) |

## ENTRY OF DEFAULT

Considering the foregoing Motion for Entry of Default,

IT IS ORDERED that the Motion for Entry of Default filed by plaintiff Robert L Dickerson, R. Doc. 12, is hereby DENIED.

New Orleans, Louisiana, this 15th day of May 2025

CAROL L. MICHEL, CLERK
U. S. DISTRICT COURT

by: _Paige Payton_
Deputy Clerk