UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT L. DICKERSON, et al**   CIVIL ACTION

**VERSUS**   NO:   25-644

**QUEENS NASSAU NURSING HOME INC.,**   SECTION: "M" (4)
**d/b/a QUEENS NASSAU REHABILITATION**
**AND NURSING CENTER**

### ORDER

Plaintiff Robert L. Dickerson ("Plaintiff") contends that Defendant Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center, Inc. ("Defendant"), has violated the Americans with Disabilities Act and fraudulently represented its ability to perform rehabilitation services for his incapacitated son, Brandon R. Dickerson. R. Doc. 1 at 3-6. Plaintiff contends that Brandon R. Dickerson's home state is Louisiana, and that he entered a "one-year aggressive traumatic brain injury rehabilitation program" at Defendant's facility in New York on May 20, 2022. *Id.* Plaintiff contends that Defendant refused to release Brandon R. Dickerson from the facility after the program terminated on May 20, 2023, and that Defendant has failed to provide the promised rehabilitation services to date. *Id*.

The matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73, to determine whether the Court has personal and subject-matter jurisdiction in this case, whether service of process on the defendant was proper, and whether the claims asserted in the complaint are frivolous, malicious, fail to state a claim upon which relief may be granted, or should have been brought in another venue. R. Doc. 9.

After reviewing the record, the Court finds that it does not have all of the information and documents necessary to resolve the questions identified by the District Judge in this matter. See R. Doc. 9. Therefore, the Court orders Plaintiff to file a supplemental memorandum that: (1)

provides a copy of the contract signed between him and Defendant for the "one-year aggressive traumatic brain injury rehabilitation program" of Brandon R. Dickerson; and (2) identifies when Brandon R. Dickerson's temporary New York guardian was dissolved. See R. Doc. 1 at 3. See also R. Doc. 16-1 at 11.

Accordingly,

**IT IS ORDERED** that Plaintiff Robert L. Dickerson shall file a supplemental memorandum that includes a copy of the contract signed between him and Defendant for the "one-year aggressive traumatic brain injury rehabilitation program" of Brandon R. Dickerson and identifies when Brandon R. Dickerson's temporary New York guardian was dissolved **by no later than ten days from the issuance of this Order.**

New Orleans, Louisiana, this 22nd day of May 2025.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**