**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MR. ROBERT L. DICKERSON, AS CURATOR ON BEHALF OF MR. BRANDON R. DICKERSON, AN ADJUDICATED INCAPACITATED PERSON** | **CIVIL FILE NO. 2:25-CV-00644** |
| Plaintiff | **SECTION "M"** |
| | **DISTRICT JUDGE: BARRY W. ASHE** |
| **VERSUS** | **MAGISTRATE JUDGE: KAREN WELLS ROBY** |
| **QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER** | |
| Defendant | |

---

**DEFENDANT'S MOTION TO STRIKE [R. DOC. 20],
SUPPLEMENTAL MEMORANDUM OF PLAINTIFF AS UNTIMELY**

---

**NOW INTO COURT**, through undersigned counsel, comes Defendant, QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER ("Defendant"), who hereby MOVES TO STRIKE [R. DOC. 20] the Supplemental Memorandum of Plaiuntiff, and represents as follows:

On May 22, 2025, this Honorable Court issues a *sua sponte* Order requiring Plaintiff to file a Supplemental Memorandum "no later than ten days from the issuance of this order." [R. Doc. 19.] Said order was issued on May 22, 2025. Accordingly, 10 days therefrom was Sunday, June 1, 2025, but extended to the following day of Monday, June 2, 2025, pursuant to Rule 6. However, Plaintiff filed said Supplemental Memorandum on Tuesday, June 3, 2025 [R. Doc. 20.] Accordingly, Plaintiff is in violation of the Order of this Court, and prejudiced Defendant's ability to respond to stand pursuant to the order of this Court extending its deadline to respond of June 4, 2025 [R. Doc. 18.]

1

\* \* \* \*

**WHEREFORE**, Defendant, QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER, **PRAYS** that this Motion be granted and an Order issue from this Court STRIKING R. Doc. 20 as untimely.

Respectfully submitted:

**QUINTAIROS, PRIETO, WOOD, BOYER, P.A.**

_____

*BRIAN W. HARRELL (#28439)*
*GRANT T. HERRIN (#35169)*
*Lakeway Two*
3850 N. Causeway Boulevard, Suite 630
Metairie, LA 70002
TELEPHONE: (504) 527-5055
FACSIMILE: (504) 527-5056
EMAIL: brian.harrell@qpwblaw.com
        grant.herrin@qpwblaw.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that this pleading will be filed electronically via the Court's EM/ECF system, and that all parties will be served via that system.

Baton Rouge, Louisiana, this **4th** day of **June 2025**.

_____
Grant T. Herrin

2