**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MR. ROBERT L. DICKERSON, AS CURATOR ON BEHALF OF MR. BRANDON R. DICKERSON, AN ADJUDICATED INCAPACITATED PERSON**<br>          **Plaintiff** | **CIVIL FILE NO. 2:25-CV-00644**<br><br>**SECTION "M"**<br><br>**DISTRICT JUDGE:**<br>**BARRY W. ASHE** |
| **VERSUS** | **MAGISTRATE JUDGE:**<br>**KAREN WELLS ROBY** |
| **QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER**<br>          **Defendant** | |

---

**<u>CORRECTIVE</u>**

**DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE**
**PURSUANT TO RULES 12(b)(1-3 & 6)**

---

**NOW INTO COURT**, through undersigned counsel, comes Defendant, QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER ("Defendant"), who hereby responds to Plaintiff's Complaint [R. Doc. 1] and Emergency Motion [R. Doc. 3] and pleads the following defenses/objections pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and further represents:

**I.     DEFENSES ASSERTED**

It is specifically averred that this Complaint, Emergency Motion, and any relief sought herein by Plaintiff, ought to be dismissed *with prejudice*, and at Plaintiff's sole cost, due to:

(1) Lack of subject-matter jurisdiction;

(2) Lack of personal jurisdiction;

(3) Improper venue; and

1

(6) Failure to state a claim upon which relief can be granted.

## II.     EXHIBITS & REQUEST FOR TAKING OF JUDICIAL NOTICE

Plaintiff moves and requests this Honorable Court take Judicial Notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following EXHIBITS and facts therein, which are *attached hereto and incorporated herewith,* if copied herein *in extenso*:

1. Petition for Interdiction, *In Re: The Interdiction of Brandon Dickerson*, Docket No. 826351, Div. "G," 24th J.D.C., State of Louisiana (dated Mar. 22, 2022);

2. Note of Evidence by Guardian, Elaine Appleberry (dated Jul. 21, 2022);

3. Judgment of Full Interdiction, *In Re: The Interdiction of Brandon Dickerson*, Docket No. 826351, Div. "G," 24th J.D.C., State of Louisiana (dated Oct. 25, 2022, CERTIFIED);

4. Letters of Curatorship *In Re: The Interdiction of Brandon Dickerson*, Docket No. 826351, Div. "G," 24th J.D.C., State of Louisiana (dated Nov. 2, 2022, CERTIFIED);

5. "Affirmation and Letter of Intent to Register Guardianship Judgment," Suffolk County, New York (dated Jul. 5, 2023);

6. "Order Appointing Guardian of the Person and Property," Supreme Court of New York, Queens County (dated Apr. 18, 2024);

7. "Commission to Guardian," Supreme Court of New York, Queens County (dated May 28, 2024);

8. "Decision & Order", *In the Matter of Brandon D., Geneva D. (Respondent), Robert L.D. (Appellant),* Docket No. 2023-10181, Supreme Court of New York, Appellate Division: Second Judicial Department (dated Dec. 11, 2024); and

9. "Memorandum & Order," *Robert L. Dickerson v. Bernice D. Siegal, et al.*, Civil Action No. 23-CV-3859, U.S.D.C., E.D. of N.Y. (dated Sept. 21, 2023).

* * * *

**WHEREFORE**, Defendant, QUEENS NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER, **PRAYS** that a Judgment of Dismissal *with prejudice*, at Plaintiff's sole cost, be rendered herein under one or more of the following Federal Rules of Civil Procedure, Rules 12(b)(1), 12(b)(2), 12(b)(3), and/or 12(b)(6) as

prayed herein, and for the reasons in its accompanying Memorandum in Support, as if copied herein *in extenso*.

**FURTHER**, Defendant, **PRAYS** for any other general and equitable relief as may be granted by this Honorable Court.

Respectfully submitted:

**QUINTAIROS, PRIETO, WOOD, BOYER, P.A.**

_____
BRIAN W. HARRELL (#28439)
GRANT T. HERRIN (#35169)
Lakeway Two
3850 N. Causeway Boulevard, Suite 630
Metairie, LA 70002
TELEPHONE: (504) 527-5055
FACSIMILE: (504) 527-5056
EMAIL: brian.harrell@qpwblaw.com
　　　　　grant.herrin@qpwblaw.com
**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading will be filed electronically via the Court's EM/ECF system, and that all parties will be served via that system.

Baton Rouge, Louisiana, this **12th** day of **June 2025**.

_____
Grant T. Herrin