Case 2:25-cv-00644-BWA-KWR   Document 38   Filed 07/01/25   Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    Jul 1 2025
CAROL L. MICHEL
CLERK
cf                    EDSS

UNITED STATES DISTRICT COURT                    CV-25-00644

EASTERN DISTRICT OF LOUISIANA.

-----------------------------------------------------------x

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson,
An Adjudged Incapacitated Person,

                                                      **Justice Barry W. Ashe**
                Plaintiff(s)       **Magistrate Judge Karen Wells Roby**

                -against-.


Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and
Nursing Center,
                      Defendant(s)

## MOTION TO DISMISS / STRIKE (DOC 33 & 37)

I Mr. Robert L. Dickerson Court appointed Curator of Brandon R. Dickerson Plaintiff in this Matter**,** submit this Motion to Dismiss and or strike document(s) number(s) 33 & 37 for the following reasons:

On or about June 20, 2025 this Court issued an Order denying Defendant's Motion requesting to file their document(s) under seal. (Doc 29)

This Order further stated that pursuant to Local Rule 5.6(G)**,** if the Motion to file under seal is denied, the movant may file another motion to remove the documents from the record within seven (7) days.  If no such motion is timely filed**,** the document(s) must be filed as a public record.

On or about June 25th 2025, in defiance of this Court's Order denying Defendant's motion to file under seal**,** Defendant(s) files yet another motion to seal documents notwithstanding the previous

1

motion for the exact same relief was denied. (Doc 31 & 32). The motion was promptly terminated by the Court.

On or about June 26th 2025 Defendant(s) files a "redacted" Motion to dismiss notwithstanding Defendants were prohibited in filing such documents in that manner (Doc 33).

On or about June 26th 2025, Defendant(s) re-files the terminated Motion to Seal in defiance and in disrespect of this Court's Order. (Doc 37)

The Defendant(s) continues an attempt to undermine this Court's authority by wasting this Court's valuable time and resources with repetitive and frivolous motions in defiance of this Court's Order.

Defendant's actions are causing irreparable harm to my incapacitated son Brandon with their continued unauthorized detention and isolation of my son.

Isolation of an incapacitated person with aphasia in a nursing home setting will cause irreparable harm if not promptly addressed. Cognitive decline mental and emotional distress as well as decreased quality of life are some of the conditions that a patient with traumatic brain injury and aphasia will develop as results of isolation within a nursing home.

**WHEREFORE,** I respectfully request that this Court Strike and or dismiss documents number 33 and 37**,** grant the **Emergency Motion,** direct the Clerk of the Court to issue an Order of Default (Doc 30) and any other remedy this Court deem just and proper.
Respectfully submitted**,**

*Mr. Robert L. Dickerson*

Mr. Robert L. Dickerson
29 Seymour La.
Medford N.Y. 11763
347-530-5466
Dated Medford New York June 30th 2025

2