UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT L. DICKERSON, et al                         CIVIL ACTION

VERSUS                                             NO:   25-644

QUEENS NASSAU NURSING HOME INC.,                   SECTION: "M" (4)
d/b/a QUEENS NASSAU REHABILITATION
AND NURSING CENTER

## ORDER

Before the Court is Defendant's **Request for Oral Argument (R. Doc. 34)**, seeking oral argument on Defendant's **Amended Motion to Dismiss (R. Doc. 33)**. Defendant Queens Nassau Nursing Home Inc. seeks dismissal of Plaintiff Robert L. Dickerson's claims pursuant to the *Younger* Abstention Doctrine. R. Doc. 33. Defendant asserts that oral argument is necessary to appraise the Court of the five other dockets in which Plaintiff has filed pleadings regarding the care of his incapacitated son, Brandon Dickerson. R. Doc. 34 at 1-2.

The Court finds that the issues raised by Defendant's Amended Motion to Dismiss may be resolved on the pleadings. See R. Doc. 33. The Court has already been informed of the parallel proceedings in Louisiana and New York by prior pleadings in this matter and does not require additional information from the parties at this stage of litigation. See R. Doc. 1.

Accordingly,

**IT IS ORDERED** that the Defendant's **Request for Oral Argument (R. Doc. 34)** is **DENIED**.

New Orleans, Louisiana, this 11th day of July 2025.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**