UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT L. DICKERSON, et al** | CIVIL ACTION |
| VERSUS | NO:   25-644 |
| **QUEENS NASSAU NURSING HOME INC.,** d/b/a **QUEENS NASSAU REHABILITATION AND NURSING CENTER** | SECTION: "M" (4) |

## ORDER

Before the Court is Plaintiff's **Motion to Strike (R. Doc. 35)**, which requests that the Court strike or dismiss Defendant Queens Nassau Nursing Home Inc's ("Queens Nassau") Motion to Dismiss (R. Doc. 26). Plaintiff Robert L. Dickerson ("Dickerson") has also filed a **Second Motion to Strike (R. Doc. 38)**, which requests that the Court strike or dismiss Queens Nassau's Amended Motion to Dismiss (R. Doc. 33) and Motion to Seal (R. Doc. 37). The Motions are Opposed. R. Doc. 40.

Dickerson asserts that Queens Nassau's motions should be stricken from the record because they failed to file proper requests to seal and failed to withdraw the documents that they improperly attempted to seal. *Id.* R. Doc. 35 at 1. See also R. Doc. 38 at 1-2.

The Court finds that the procedural issues identified by Dickerson do not warrant striking Queens Nassau's motions from the record. See *Fultz v. Plantation Bay, LLC,* No. 16- 1132, 2016 WL 4508356, at * (E.D. La. Aug. 29, 2016) (Milazzo, J.) (noting that "motions to strike are generally disfavored and rarely granted") Therefore, Dickerson's requests to strike denied.

The Court further orders the parties to refrain from filing any additional pleadings at this stage of litigation. This matter has been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73, to determine whether the Court has personal and subject-matter jurisdiction in this case, whether service of process on the defendant was proper, and whether the claims asserted in the complaint are frivolous, malicious, fail to state a claim upon which relief

may be granted, or should have been brought in another venue. R. Doc. 9. The Court will make its determination based on the pleadings already filed into the record and does not require any further briefing at this time.

Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion to Strike (R. Doc. 35)** is **DENIED.**

**IT IS FURTHER ORDERED** that the Plaintiff's **Second Motion to Strike (R. Doc. 38)** is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff Brandon R. Dickerson and Defendant Queens Nassau Nursing Home Inc. shall not file any additional pleadings into the record until further order of the Court.

New Orleans, Louisiana, this 11th day of July 2025.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**