Case 2:25-cv-00644-BWA-KWR   Document 44   Filed 09/22/25   Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Sep 22 2025
CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT     CV-25-00644

EASTERN DISTRICT OF LOUISIANA.

--------------------------------------------------------x.

Mr. Robert L. Dickerson, as Curator, on behalf of Mr. Brandon R. Dickerson, An Adjudged Incapacitated Person,

                                             **Justice Barry W. Ashe**
                  Plaintiff(s)    **Magistrate Karen Wells Roby**

                -against-.


Queens Nassau Nursing Home Inc., d/b/a Queens Nassau Rehabilitation and Nursing Center,
                            Defendant(s)


## LETTER TO THE COURT

From:   Mr. Robert L. Dickerson 29 Seymour La. Medford N.Y. 11763 347-530-5466

To:     Justice Barry W. Ashe and Magistrate Justice Karen Wells Roby

Subject: Request to File Motion to Withdraw Emergency Injunction Motion Only.

September 22 2025

Dear Your Honors:
It has now been almost 6 months since I have requested Emergency Injunctive Relief to remove my son from the Defendant's nursing home facility that would place him out of harms way while his ADA Civil Rights litigation is pending.

However, because of a dramatic change in circumstances to the determent of my son, I respectfully request to file a Motion to withdraw the Emergency Motion Only from this Court to pursue other legal options in the best interest of my son Brandon while maintaining the ADA litigation.

Respectfully submitted

*Mr. Robert L. Dickerson*

Mr. Robert L. Dickerson