UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MR. ROBERT L. DICKERSON, AS CURATOR ON BEHALF OF MR. BRANDON R. DICKERSON, AN ADJUDICATED INCAPACITATED PERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO:   25-00644** |
| **QUEEN NASSAU NURSING HOME INC., D/B/A QUEENS NASSAU REHABILITATION AND NURSING CENTER** | **SECTION: "M" (4)** |

## ORDER

Before the Court is **Emergency Motion to Demand Defendant Immediately Release Plaintiff an adjudged incapacity person, to the custody of his court appointed curator. R. doc. 3.** The motion is unopposed.

The motion is denied. The motion fails to cite to any appropriate legal authority for this court to consider the propriety of a releasing an incapacitated person who resides in New York. Therefore,

**IT IS HERBY ORDERED** that **Emergency Motion to Demand Defendant Immediately Release Plaintiff an adjudged incapacity person, to the custody of his court appointed curator.( R. doc. 3.)** is **Denied.**

New Orleans, Louisiana, this 27th day of October 2025.

**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**

1