UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT DICKERSON                                  CIVIL ACTION

VERSUS                                            NO. 25-0644

QUEENS NASSAU NURSING HOME INC.,                  SECTION M (4)
d/b/a QUEENS NASSAU REHABILITATION
AND NURSING CENTER

## ORDER

 Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation (R&R),[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter.  The magistrate judge properly found that there is no federal question subject-matter jurisdiction, and, in the alternative, if there were, plaintiff's claims would be barred by the *Younger* abstention doctrine. Therefore,

 IT IS ORDERED that defendant Queens Nassau Nursing Home Inc.'s motions to dismiss (R. Docs. 26; 33) are GRANTED because the Court lacks subject-matter jurisdiction over the plaintiff's complaint and, further, plaintiff's claims are barred by the *Younger* abstention doctrine.

 New Orleans, Louisiana, this 12th day of November, 2025.


BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 46.