UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT DICKERSON | CIVIL ACTION |
| VERSUS | NO. 25-0644 |
| QUEENS NASSAU NURSING HOME INC., d/b/a QUEENS NASSAU REHABILITATION AND NURSING CENTER | SECTION M (4) |

## JUDGMENT

Having approved the magistrate judge's Report and Recommendation and having adopted it as the Court's opinion herein,

IT IS ORDERED, ADJUDGED, AND DECREED that defendant's motions to dismiss (R. Docs. 26; 33) are GRANTED because this Court lacks subject-matter jurisdiction over the plaintiff's complaint and, further, plaintiff's claims are barred by the *Younger* abstention doctrine.

New Orleans, Louisiana, this 12th day of November, 2025.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE